DANIEL L. HARRALSON, STATE BAR NO. 109322
Attorney at Law
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559) 486-4560
harralsonlaw@sbcglobal.net

Attorney for Defendant: ANDREW BARRAZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:19-CR-00085 NONE |
| Plaintiff, | ) **STIPULATION TO CONTINUE SENTENCING** |
| vs. | ) **HEARING; ORDER** |
| ANDREW BARRAZA, | ) Sentencing Date: May 29, 2020 |
| | ) Time: 8:30 a.m. |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for **May 29, 2020, at 8:30 am**, **may be continued to July 13, 2020 at 8:30 am., in Department 4 of the United States District Court.**

The continuance is requested by counsel for Defendant, DANIEL L. HARRALSON, to allow additional time to conduct the Probation Interview with Federal Probation Officer Vue.

DATED: April 27, 2020                    Respectfully Submitted,

**DANIEL L. HARRALSON LAW CORPORATION**

_/s/_
DANIEL L. HARRALSON
Attorney for Defendant

DATED: April 27, 2020                    **UNITED STATES ATTORNEYS OFFICE**

_/s/_
JEFFREY A. SPIVAK
Attorney for United States

-------------------------------------------------

# ORDER
-----

*IT IS SO ORDERED*.  That the Sentencing Hearing of May 29, 2020 at 8:30 am, be continued to July 13, 2020, at 8:30 am. in Courtroom 4.

IT IS SO ORDERED.

Dated:   **April 28, 2020**                    _____
                                                UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

-3-
**Stipulation to Continue Sentencing**
**US V. ANDREW BARRAZA**