# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW BARRAZA,<br><br>   Defendant. | Case No.: 1:19-cr-00085 JLT SKO<br><br>ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION<br><br>(Doc. 42) |

Andrew Barraza seeks a reduction in his sentence based upon the 2023 Amendments to the United States Sentencing Guidelines, by claiming he "received an enhancement for being on parole" at the time he committed the crime. (Doc. 42 at 1) Because the enhancement had no impact on the length of his sentence, Mr. Barraza is not eligible for a reduction in his sentence. Thus, his motion is **DENIED**.

**I. Analysis**

Mr. Barraza plead guilty to one count of Possession with the Intent to Distribute Methamphetamine, under 21 U.S.C. § 841 (a)(1), (b)(1)(A). (Docs. 31, 40) The statute requires that a person convicted under this statute "shall be sentenced to a term of imprisonment which may not be less than 10 years." 21 U.S.C. § 841(b)(1)(A).

At the sentencing hearing, the Court determined Mr. Barraza had a total offense level 27. Also, because Mr. Barraza was on a term of supervision, the Court imposed a two-point

1  enhancement to his criminal history category. (Doc. 36 at 9) This resulted in placing Mr. Barraza
2  in a criminal history category IV. Under the 2023 Amendments to the Guidelines, he would not
3  have received a "status" point, resulting in a criminal history score of 6.  This would have reduced
4  his criminal history category to III. However, no matter his criminal history category, Mr. Barraza
5  was sentenced to the mandatory minimum term of imprisonment required by the statute and
6  would still be sentenced to this term. (Doc. 40 at 2) Because there was no applicable exception to
7  the mandatory minimum term of imprisonment to which Mr Barraza was sentence, the 2023
8  Amendments to the Guidelines provide him no relief. Thus, his motion to reduce his sentence
9  (Doc. 42) is **DENIED**.

IT IS SO ORDERED.

Dated:     **May 30, 2024**

UNITED STATES DISTRICT JUDGE